[No. 36602-5-I.   Division One.   October 2, 1995.]

CHRISTINA HOLMQUIST, *Respondent*, v. PAUL ZINI, ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-22853-6, Jim Bates, J., entered May 8, 1995. *Reversed* by unpublished per curiam opinion.

[No. 36985-7-I.   Division One.   October 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN L. MACK, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00215-8, Steven J. Mura, J., entered July 6, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 13836-4-III.   Division Three.   October 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON VALENCIA REYNOSO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 93-1-00254-1, Evan E. Sperline, J., entered January 31, 1994. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.